[SEE SIGNATURE PAGE FOR COUNSEL]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEER SYSTEMS, a California Corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>APPLE, INC., a California Corporation,<br><br>    Defendant.<br>───────────────────────<br>APPLE, INC.,<br><br>    Counterclaimant,<br><br>    vs.<br><br>SEER SYSTEMS,<br><br>    Counterdefendant. | CASE NO. 3:13-cv-05252-VC<br><br>**STIPULATION RE: SCHEDULE FOR PATENT LOCAL RULE DISCLOSURES; ORDER [~~PROPOSED~~]** |

Pursuant to Civil Local Rule 6-2, and for the reasons explained in the accompanying declaration of Alexander M. Weyand, Esq., parties hereby stipulate to extend the following deadline subject to Court approval:

| Action to be Taken | Deadline | Stipulated Adjusted Deadline |
|---|---|---|
| Parties to file Patent L.R. 4-3 joint claim construction statement | June 20, 2014 | July 1, 2014 |

**STIPULATION RE: SCHEDULE FOR PATENT L.R. 4-3 JOINT CLAIM CONSTRUCTION STMT.**  Case No. 3:13-cv-05252-VC

1

2  Dated: June 12, 2014                     By:       /s/ *Alexander M. Weyand*
                                                  ALEXANDER M. WEYAND
3
                                                  ALEXANDER M. WEYAND
4                                                 PAUL P. DEANGELIS
                                                  REBECCA M. HOBERG
5                                                 WEYAND LAW FIRM, APC
                                                  531 Howard Street, First Floor
6                                                 San Francisco, CA 94105
                                                  Telephone: (415) 536-2800
7                                                 Facsimile: (415) 436-2818

8                                                    Attorneys for Plaintiff and Counter-Defendant
                                                  SEER SYSTEMS
9

10 Dated: June 12, 2014                     By:       /s/ *Vincent Belusko*
                                                  VINCENT J. BELUSKO
11
                                                  VINCENT J. BELUSKO
12                                                BITA RAHEBI
                                                  ALEX S. YAP
13                                                JARED W. MILLER
                                                  MORRISON & FOERSTER LLP
14                                                707 Wilshire Boulevard
                                                  Los Angelis, CA 90017-3543
15                                                Telephone: (213) 892-5200
                                                  Facsimile: (213) 892-5454
16
                                                     Attorneys for Defendant and Counter-Claimant
17                                                APPLE INC.

18
                                            ORDER
19
    PURSUANT TO STIPULATION, IT IS SO ORDERED.
20

21  Dated: June 13, 2014

                                            By: _____
22

23

24

25

26

27

28

**STIPULATION RE: SCHEDULE FOR PATENT L.R. 4-3**                              Case No. 3:13-cv-05252-VC
**JOINT CLAIM CONSTRUCTION STMT.**                       1

1  I, Bita Rahebi, am the ECF User whose ID and attorney of record for Defendant. In
2  compliance with General Order 45, section X.B., I hereby attest that I have on file the
3  concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled
4  document.

> /s/ *Bita Rahebi*
> BITA RAHEBI

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28