[SEE SIGNATURE PAGE FOR COUNSEL]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEER SYSTEMS, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE, INC., a California Corporation,<br><br>Defendant.<br>―――――――――――――――――<br>APPLE, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>SEER SYSTEMS,<br><br>Counterdefendant. | CASE NO. 3:13-cv-05252-VC<br><br>**STIPULATION RE: SCHEDULE FOR PATENT LOCAL RULE DISCLOSURES; ORDER [~~PROPOSED~~]** |

Pursuant to Civil Local Rule 6-2, and for the reasons explained in the accompanying declaration of Alexander M. Weyand, Esq., parties hereby stipulate to extend the following deadline subject to Court approval:

| Action to be Taken | Original Deadline | First Stipulated Adjusted Deadline | Second Adjusted Deadline |
|---|---|---|---|

| Parties to file Patent L.R. 4-3 joint claim construction statement | June 20, 2014 | July 1, 2014 | July 8, 2014 |

Dated: June 30, 2014    By:    /s/ Alexander M. Weyand
                                ALEXANDER M. WEYAND

ALEXANDER M. WEYAND
PAUL P. DEANGELIS
REBECCA M. HOBERG
WEYAND LAW FIRM, APC
531 Howard Street, First Floor
San Francisco, CA 94105
Telephone: (415) 536-2800
Facsimile: (415) 436-2818

  Attorneys for Plaintiff and Counter-Defendant
SEER SYSTEMS

Dated: June 30, 2014    By:    /s/ Alex S. Yap
                                VINCENT J. BELUSKO

VINCENT J. BELUSKO
BITA RAHEBI
ALEX S. YAP
JARED W. MILLER
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angelis, CA 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

  Attorneys for Defendant and Counter-Claimant
APPLE INC.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 3, 2014

By: _____

**STIPULATION RE: SCHEDULE FOR PATENT L.R. 4-3 JOINT CLAIM CONSTRUCTION STMT.**    1    Case No. 3:13-cv-05252-VC