IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| **SEER SYSTEMS,** § | | |
| § | | |
| **PLAINTIFF,** § | | |
| § | **CIVIL NO. 3:13-cv 05252-VC** | |
| **V.** § | | |
| § | | |
| **APPLE INC.** § | | |
| § | | |
| **DEFENDANT.** § | | |

## JOINT STIPULATION AND ORDER OF DISMISSAL

Plaintiff SEER SYSTEMS ("SEER") and Defendant APPLE INC., hereby stipulate that all claims for relief asserted against APPLE INC. by SEER herein are dismissed, with prejudice, and all counterclaims for relief against SEER by APPLE INC. are dismissed without prejudice. The parties further stipulate all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

//

//

Dated: July 15, 2014         By:     /s/ *Alexander M. Weyand*
                                     ALEXANDER M. WEYAND

                                     ALEXANDER M. WEYAND
                                     PAUL P. DEANGELIS
                                     REBECCA M. HOBERG
                                     WEYAND LAW FIRM
                                     A Professional Corporation
                                     531 Howard Street, First Floor
                                     San Francisco, CA 94105
                                     Telephone: (415) 536-2800
                                     Facsimile: (415) 536-2818

                                     Attorney for Plaintiff
                                     SEER SYSTEMS


Dated: July 15, 2014         By      /s/ *Vincent Belusko*
                                     VINCENT J. BELUSKO

                                     VINCENT J. BELUSKO
                                     BITA RAHEBI
                                     ALEX S. YAP
                                     JARED W. MILLER
                                     MORRISON & FOERSTER LLP
                                     707 Wilshire Boulevard
                                     Los Angeles, CA 90017-3543
                                     Telephone:  (213) 892-5200
                                     Facsimile:  (213) 892-5454

                                     Attorneys for Defendant
                                     APPLE INC.

## [PROPOSED] ORDER

Pursuant to the Stipulation,

IT IS SO ORDERED.

Signed this _____ day of _____, 2014.

                                     _____
                                     Hon. Vince Chhabria
                                     United States District Court Judge