IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **SEER SYSTEMS,** § § **PLAINTIFF,** § § **V.** § § **APPLE INC.** § § **DEFENDANT.** § | **CIVIL NO. 3:13-cv 05252-VC** |

## JOINT STIPULATION AND ORDER OF DISMISSAL

Plaintiff SEER SYSTEMS ("SEER") and Defendant APPLE INC., hereby stipulate that all claims for relief asserted against APPLE INC. by SEER herein are dismissed, with prejudice, and all counterclaims for relief against SEER by APPLE INC. are dismissed without prejudice. The parties further stipulate all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

//

//

Dated: July 15, 2014        By:     /s/ *Alexander M. Weyand*
                                        ALEXANDER M. WEYAND

ALEXANDER M. WEYAND
PAUL P. DEANGELIS
REBECCA M. HOBERG
WEYAND LAW FIRM
A Professional Corporation
531 Howard Street, First Floor
San Francisco, CA 94105
Telephone: (415) 536-2800
Facsimile: (415) 536-2818

Attorney for Plaintiff
SEER SYSTEMS

Dated: July 15, 2014        By     /s/ *Vincent Belusko*
                                        VINCENT J. BELUSKO

VINCENT J. BELUSKO
BITA RAHEBI
ALEX S. YAP
JARED W. MILLER
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

Attorneys for Defendant
APPLE INC.

## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation,

IT IS SO ORDERED.

Signed this 23rd day of July, 2014.

_____
Hon. Vince Chhabria
United States District Court Judge